■ In the Matter of DARRELL McCORKLE, Petitioner, v DARWIN E. LaCLAIR, as Superintendent of Franklin Correctional Facility, et al., Respondents. [33 NYS3d 772]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Franklin Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Garry, Rose, Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.